JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIDS INDOOR PLAYGROUND, INC.<br>dba WE PLAY,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHFIELD INSURANCE COMPANY,<br><br>        Defendant. | Case No. CV 22-1561 FMO (RAOx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 25th day of April, 2022.

/s/<br>
Fernando M. Olguin<br>
United States District Judge